# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3510
LT Case No. 2019-307047-CFDB

_____

TONY JOHN LAGANO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Bryan A. Feigenbaum, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison L.
Morris, Assistant Attorney General, Daytona Beach, for Appellee.

May 31, 2024

PER CURIAM.

In this *Anders*[1] appeal, we affirm the trial court's order revoking Appellant's drug offender probation and the resulting judgment and sentences imposed. However, because the order

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

inadvertently included a violation of Special Condition 39, which Appellant did not admit to violating and the State announced at the violation of probation hearing that it was not pursuing, we remand with directions to the trial court to enter an amended order of revocation of drug offender probation that does not include Special Condition 39 as one of the violated conditions of probation.

AFFIRMED; REMANDED with directions.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____